IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD SHEED, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 18-4737 |
| | : | |
| MICHAEL D. OVERMYER, et al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this __25th___ day of October, 2019, upon consideration of the Petition for Writ of Habeas Corpus (Doc. 2), the Response to the Petition for Writ of Habeas Corpus (Doc. 18), the Reply to the Response to the Petition for Writ of Habeas Corpus (Doc. 21), and the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. 19), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED**; and

3. There is no basis for the issuance of a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as closed for statistical purposes.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**